JODI SIEGNER, Bar No. 102884
Email Address: jsiegner@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

Attorneys for Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>               Plaintiffs,<br><br>v.<br><br>THE BURKS COMPANY, INC., etc., et al.,<br><br>               Defendants. | CASE NO. CV 16-1335-GW(Ex)<br><br>ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE, SUBJECT TO REOPENING, IF SETTLEMENT IS NOT CONSUMMATED |

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this action be dismissed without prejudice, subject to reopening if settlement is not consummated by December 31, 2017.  The Court retains jurisdiction.

Dated: November 7, 2016      _/s/ George H. Wu_
                                                THE HONORABLE GEORGE H. WU
                                                UNITED STATES DISTRICT JUDGE